IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00845-AP

MERLIN J. PRATT,

      Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        **For Plaintiff**:

        Merlin J. Pratt, Plaintiff, Pro Se
        123 South Logan Street
        Denver, CO 80209
        (303) 744-9349
        mjpratt@prodigy.net

        **For Defendant:**

        TROY A. EID
        United States Attorney

        KURT J. BOHN
        Assistant United States Attorney

By:   Debra J. Meachum
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1570
        (303) 844-0770 (facsimile)
        debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: 6/1/06.
B. Date Complaint Was Served on U.S. Attorney's Office: 6/23/06.
C. Date Answer and Administrative Record Were Filed: 8/22/06.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff intends to present additional evidence to the court with his opening brief. Defendant does not intend to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8. PROPOSED BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due:        October 11, 2006.
B. Defendant's Response Brief Due:       November 13, 2006.
C. Plaintiff's Reply Brief (If Any) Due: November 27, 2006.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff's Statement:
   Plaintiff requests oral argument.

B. Defendant's Statement:
   Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B.   (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 11th day of September, 2006.

                                                      BY THE COURT:

                                                S/John L. Kane
                                                U.S. DISTRICT COURT JUDGE

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|

**s/Merlin J. Pratt 9/11/06**
Merlin J. Pratt, Plaintiff, Pro Se
123 South Logan Street
Denver, CO 80209
(303) 744-9349
mjpratt@prodigy.net

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)
kurt.bohn@usdoj.gov

**s/Debra J. Meachum 9/11/06**
By:   Debra J. Meachum
Special Assistant
    United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov